Ellen CULVER, Appellant,

v.

Richard HELLER and Marilyn Heller, Respondents.

No. WD 34632.

Missouri Court of Appeals, Western District.

May 1, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied July 3, 1984.

Application to Transfer Denied Sept. 11, 1984.

Dan Hale, St. Joseph, for appellant.

John F. Burns, St. Joseph, for respondents.

Before LOWENSTEIN, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

This is a civil action for trespass on land. The judgment is affirmed. Rule 84.16(b).